No. 92–1441. STAPLES *v.* UNITED STATES. C. A. 10th Cir. Certiorari granted.

No. 92–1482. WEISS *v.* UNITED STATES; and HERNANDEZ *v.* UNITED STATES. Ct. Mil. App. Certiorari granted.

No. 92–1510. CAVANAUGH, EXECUTIVE DIRECTOR, SOUTH CAROLINA DEPARTMENT OF PROBATION, PAROLE, AND PARDON SERVICES, ET AL. *v.* ROLLER. C. A. 4th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari granted.

No. 92–6921. LITEKY ET AL. *v.* UNITED STATES. C. A. 11th Cir. Motion of petitioners for leave to proceed *in forma pauperis* granted. Certiorari granted.

No. 91–8180. GRIMES ET AL. *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 92–1097. BARR *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 92–1348. RAPIDES REGIONAL MEDICAL CENTER *v.* BROWN, SECRETARY OF VETERANS AFFAIRS, ET AL. C. A. 5th Cir. Certiorari denied.

No. 92–1368. BRUNEAU *v.* FEDERAL DEPOSIT INSURANCE CORPORATION. C. A. 5th Cir. Certiorari denied.

No. 92–1408. ROGALA *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 92–1433. WALLACE ET AL. *v.* FEDERAL DEPOSIT INSURANCE CORPORATION. C. A. 5th Cir. Certiorari denied.

No. 92–1437. WALLACH *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 92–1533. TEXAS *v.* McPHERSON. Ct. Crim. App. Tex. Certiorari denied.